### Richard Otto HANSEN, Appellant,

### v.

### Timothy SCHMIDT, In His Official Capacity As The District Attorney Of Nuckolls County, Nebraska; Terri Harder, In Her Official Capacity As The District Judge Of Nuckolls County, Nebraska, Appellees.

### No. 07–1095.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 2, 2007.

Filed: Oct. 23, 2007.

Richard Otto Hansen, Springfield, MO, pro se.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Richard Otto Hansen appeals the district court's [1] preservice dismissal, without prejudice, of his 42 U.S.C. § 1983 action under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). Having carefully reviewed the record and Hansen's submissions on appeal, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review under § 1915(e)(2)(B)); *Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review under § 1915A(b)), we affirm.

We agree with the district court that both defendants are immune from a civil suit for damages. *See Mireles v. Waco,* 502 U.S. 9, 11–12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam) (judicial immunity); *Brodnicki v. City of Omaha,* 75 F.3d 1261, 1266 (8th Cir.1996) (prosecutorial immunity). We also agree with the district court that Hansen's complaint fails because Hansen seeks to vacate a state criminal conviction, and such actions must be brought through a petition for a writ of habeas corpus rather than a section 1983 complaint. *See Preiser v. Rodriguez,* 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973) (federal writ of habeas corpus is sole remedy for challenges to fact or duration of confinement).

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

The judgment of the district court is affirmed.